234 F.3d 1162 (11th Cir. 2000)
 NED L. SIEGEL, GEORGETTE SOSA DOUGLAS, et al., Plaintiffs-Appellants,
v.
THERESA LEPORE, CHARLES E. BURTON, et al., Defendants-Appellees.
 No. 00-15981
D.C. Docket No. 00-9009-CIV-DM
 IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
 November 17, 2000
 
 Appeal from the United States District Court for the Southern District of Florida
 Order on Emergency Motion for Injunction Pending Appeal
 Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.
 
 BY THE COURT:
 
 1
 Appellants' Emergency Motion for an Injunction Pending Appeal is DENIED WITHOUT PREJUDICE for the reasons set out in the order entered today in No. 00-15985, Touchston v. McDermott.